PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JAMES S. EICHER, JR., State Bar No. 213796
jeicher@lbaclaw.com
ROCCO ZAMBITO, JR., State Bar No. 306115
rzambito@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California 91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

Attorneys for Defendants
County of Ventura, Ventura County Sheriff's Office (erroneously sued and served as Ventura County Sheriff's Department), Geoff Dean, Brian Dent, Yolanda Avila, Robert Curiel, Preston Furukawa, and Joseph Sharif

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKASIT RATANAVARAVUT, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF VENTURA; a public entity; VENTURA COUNTY SHERIFF'S DEPARTMENT, a public entity; GEOFF DEAN, an individual; BRIAN DENT, an individual; YOLANDA AVILA, an individual; ROBERT CURIEL, an individual; PRESTON FURUKAWA, an individual; JOSEPH SHARIF, an individual; MICHAEL VOIGHT, an individual; and DOES 1 TO 10, <br><br> Defendants. | Case No. 2:18-cv-08576-PA (PLAx) <br><br> Honorable Percy Anderson <br><br> **ORDER TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** <br><br> [FED. R. CIV. P. 41(a)(1)(A)(ii)] <br><br> [*Stipulation lodged concurrently herewith*] |

//
//
//

1

Pursuant to the stipulation by and between Plaintiff Akasit Ratanavaravut ("Plaintiff") and Defendants County of Ventura, Ventura County Sheriff's Office, Geoff Dean, Brian Dent, Yolanda Avila, Robert Curiel, Preston Furukawa, and Joseph Sharif (collectively, "Defendants"), through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, without prejudice, with all parties to bear their own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: March 22, 2019

_____
Honorable Percy Anderson
United States District Judge